UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES TRUELL,<br><br>                     Plaintiff,<br><br>       -against-<br><br>CITY OF NEW YORK, et al.,<br><br>                     Defendants. | 1:20-CV-8646 (LLS)<br><br>ORDER OF DISMISSAL |

LOUIS L. STANTON, United States District Judge:

By order dated November 17, 2020, the Court directed Plaintiff, within 30 days, to complete, sign, and submit a declaration form indicating his intent to proceed as the plaintiff in this action. That order specified that failure to comply would result in dismissal of this action without prejudice. Plaintiff has not submitted a declaration form. Accordingly, the Court dismisses this action without prejudice.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 20, 2021
         New York, New York

                                                   _Louis L. Stanton_
                                                     Louis L. Stanton
                                                         U.S.D.J.