UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES TRUELL,

                Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

                Defendants.

1:20-CV-8646 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued January 20, 2021, dismissing this action without prejudice,

    IT IS ORDERED, ADJUDGED AND DECREED that this action without prejudice.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 20, 2021
           New York, New York

                                                *Louis L. Stanton*
                                                Louis L. Stanton
                                                    U.S.D.J.